In the Matter of NIAGARA FRONTIER TRANSIT METRO SYSTEM, INC., Respondent, v AMALGAMATED TRANSIT UNION LOCAL 1342 et al., Appellants.

Submitted April 15, 2013; decided May 7, 2013

Motion by Civil Service Employees Association, Inc. for leave to appear amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.